

| | | |
|---|---|---|
| **BRIAN E. FROSH**<br>Attorney General<br><br>**ELIZABETH F. HARRIS**<br>Chief Deputy Attorney General<br><br>**CAROLYN QUATTROCKI**<br>Deputy Attorney General | **STATE OF MARYLAND**<br>OFFICE OF THE<br>ATTORNEY GENERAL<br>Department of Public Safety &<br>Correctional Services<br>300 E. Joppa Road, Suite 1000<br>Towson, Maryland 21286 | **STUART M. NATHAN**<br>Assistant Attorney General<br>Principal Counsel<br><br>**MICHAEL O. DOYLE**<br>Assistant Attorney General<br>Deputy Counsel - Litigation<br><br>**LISA O. ARNQUIST**<br>Assistant Attorney General<br>Deputy Counsel<br>Procurement/Personnel<br><br>**SUSAN HOWE BARON**<br>**JUDITH A. BARR**<br>**MARY BETH COLLINS**<br>**CHRISTOPHER A. HINRICHS**<br>**BEVERLY F. HUGHES**<br>**EDWARD J. KELLEY**<br>**ARIEL S. LICHTERMAN**<br>**LAURA MULLALLY**<br>**JAMES S. PASKO**<br>**MERRILYN E. RATLIFF**<br><br>Assistant Attorneys General |

TELECOPIER NO.
410-764-5366

WRITER'S DIRECT DIAL NO.
410-339-3782

October 22, 2019

The Honorable Stephanie A. Gallagher
United States District Court
   for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

        Re:   *Samuel H. Murray v. Richard Graham, et al.,*
              Civil Action No. SAG-18-2317

Dear Judge Gallagher:

    Attached is a proposed Protective Order by Stipulation executed by counsel in this case that is being submitted for your consideration and approval. The Protective Order is intended to protect the confidentiality of documents related to correctional institution security, personnel records/investigations/deployments, and certain inmate's base files and medical records.

The Attached Protective Order complies with Local Rule 104.13.

Thank you for your consideration of this matter.

                                          Very truly yours,

                                              /s/
                                        Edward J. Kelley
                                        Assistant Attorney General

cc:    counsel of record